## Bennett Lumber & Manufacturing Co. *v.* Hartrick, Appellant, (No. 2).

OPINION BY HENDERSON, J., November 29, 1915:

This case involves the same questions considered in an opinion this day filed in an action between the same parties on a scire facias sur mechanic's lien at No. 140, April Term, 1915. The lien in this case was filed against the barn erected on the seven acre lot. For the reasons given in the opinion above referred to the judgment in this case is affirmed.

---

## Bennett Lumber & Manufacturing Co. *v.* Hartrick, Appellant, (No. 3).

OPINION BY HENDERSON, J., November 29, 1915:

This case involves the same question considered in an opinion this day filed in an action between the same parties on a scire facias sur mechanic's lien at No. 140, April Term, 1915. The lien in this case was filed against the laborer's cottage on the seven acre lot. For the reasons given in the opinion referred to the judgment in this case is affirmed.